Rabin J. Pournazarian, SBN 186735
Price Law Group, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 205-4540 Telephone
(818) 995-9277 Fax
E-mail: rabin@pricelawgroup.com
Attorney for Debtor.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:22-bk-12763-WJ |
| | Chapter 13 |
| LINDA WEIDENBAUM, | **DECLARATION OF DEBTOR REGARDING SECURED DEBT PAYMENT HISTORY** |
| Debtor. | |
| | <u>Confirmation Hearing</u>:<br>Date:    January 30, 2023<br>Time:    1:30PM<br>Crtm:    304<br>         United States Bankruptcy Court<br>         Central District of California<br>         3420 Twelfth Street<br>         Riverside, California 92501 |

///

///

///

///

# DECLARATION OF LINDA WEIDENBAUM

I, LINDA WEIDENBAUM declare:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on July 22, 2022.

2. The assets in this bankruptcy case include the real property located at the following street address: 25960 Schafer Drive, Murrieta, CA 92563 ("Property). I have listed the property on Schedule A with a value of $750,000.00. A foreclosure sale is currently set for September 29, 2022.

3. The Property is my current residence.

4. The property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Rushmore Loan Management.

        i. The current amount owed is approximately $384,574.48.

        ii. The monthly mortgage payment is currently $ 2,559.40.

        iii. The unpaid accrued arrearage is $61,485.65.

5. During each of the months listed below I made the following payments:

| Month | Amount to 1st Lienholder | ~~Amount Paid to 2nd Lienholder~~ | ~~Amount Paid to 3rd Lienholder~~ |
|---|---|---|---|
| January 2021 | $0.00 | | |
| February 2021 | $0.00 | | |
| March 2021 | $0.00 | | |
| April 2021 | $0.00 | | |
| May 2021 | $0.00 | | |
| June 2021 | $0.00 | | |
| July 2021 | $0.00 | | |
| August 2021 | $0.00 | | |
| September 2021 | $0.00 | | |
| October 2021 | $0.00 | | |
| November 2021 | $0.00 | | |
| December 2021 | $0.00 | | |

| | Month | Amount | | |
|---|---|---|---|---|
| 1 | January 2022 | $0.00 | | |
| 2 | February 2022 | $0.00 | | |
| 3 | March 2022 | $0.00 | | |
| 4 | April 2022 | $0.00 | | |
| 5 | May 2022 | $0.00 | | |
| 6 | June 2022 | $0.00 | | |
| 7 | July 2022 | $0.00 | | |
| 8 | August 2022 | $2,394.28 | | |
| 9 | September 2022 | $2,559.00 | | |
| 10 | October 2022 | $2,559.40 | | |
| 11 | November 2022 | $0.00 | | |
| 12 | December 2022 | $5,118.50 | | |
| 13 | January 2023 | $2,815.00 | | |

6. Attached to this declaration as **Exhibit "A"** are true and correct copies of proof of any and all payments made during the last six months.

7. In 2022, my total gross income from all sources was $ _APPROX $150,000_

8. My total gross income for 2023 (year to date) from all sources is approximately $ _2,200.00_ as of the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/9/2023

_Linda Weidenbaum_
LINDA WEIDENBAUM

-3-

# EXHIBIT "A"



| | | | |
|---|---|---|---|
| 08/01/22 | RLMS RLMS ACH 072922 FITT | LINDA WEIDENBAUM- | $2,394.28 |

*August mortgage payment



*September mortgage payment





*October mortgage payment



*November & December mortgage payment



**CASHIER'S CHECK**

0085614149

0000856
Office AU # 11-24 / 1210(8)

Remitter: LINDA WEIDENBAUM-FITT
Operator I.D.: cu013162

January 4, 2023

PAY TO THE ORDER OF ***CHAPTER 13 TRUSTEE***

**$2,559.40**

**Two Thousand Five Hundred Fifty-Nine and 40/100 - US Dollars**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
27630 YNEZ RD
TEMECULA, CA 92591
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 2,559.40

CONTROLLER

Case No. 6:22-bk-12763-WJ
-0817
Linda Weidenbaum Fitt
25960 Schafer Dr.
Murrieta, CA 92563

*January mortgage payment



```
         UNITED STATES
         POSTAL SERVICE.

             TEMECULA
     30777 RANCHO CALIFORNIA RD
       TEMECULA, CA 92591-3209
           (800)275-8777

01/04/2023                      04:01 PM
----------------------------------------
Product              Qty   Unit    Price
                           Price
----------------------------------------
First-Class Mail®     1            $0.60
Letter
    Los Angeles, CA 90009
    Weight: 0 lb 0.30 oz
    Estimated Delivery Date
       Fri 01/06/2023
Certified Mail®                    $4.00
    Tracking #:
      70220410000000356958
Return Receipt                     $3.25
    Tracking #:
      9590 9402 7529 2098 8806 46
Total                              $7.85

----------------------------------------
Grand Total:                       $7.85
----------------------------------------
Debit Card Remit                   $7.85
    Card Name: VISA
    Account #: XXXXXXXXXXXX6330
    Approval #: 083804
    Transaction #: 074
    Receipt #: 045950
    Debit Card Purchase: $7.85
    AID: A0000000980840   Contactless
    AL: US DEBIT
----------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
 and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
    Associate can show you how.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

     Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



     or call 1-800-410-7420
```



NAVY FEDERAL Credit Union

PO Box 3000
Merrifield, VA 22119-3000
navyfederal.org

Serial No.
Account No. ******0155
Date 01/10/23
Amount $***********255.60

Cashier's Check

Pay to the Order of: Linda Weidenbaum-Fitt
25960 Schafer Dr.
Murrieta, CA 92563

CHAPTER 13 TRUSTEE
Case No. 6-22-bk-12763-WJ

REMITTER: LINDA A WEIDENBAUM FITT

0817

68-7497
2560

*January mortgage payment



**UNITED STATES POSTAL SERVICE**

TEMECULA
30777 RANCHO CALIFORNIA RD
TEMECULA, CA 92591-3209
(800)275-8777

01/09/2023                                04:04 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.60 |

    Los Angeles, CA 90009
    Weight: 0 lb 0.20 oz
    Estimated Delivery Date
        Wed 01/11/2023
    Certified Mail®                        $4.00
    Tracking #:
        70220410000000357313

Total                                      $4.60

---

Grand Total:                               $4.60

---

Cash                                       $5.00
Change                                    -$0.40

---

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



| In re:<br>    **Linda Ann Weidenbaum**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **6:22-bk-12763-WJ** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DEBTOR REGARDING SECURED DEBT PAYMENT HISTORY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/9/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**CHAPTER 13 TRUSTEE: Rod Danielson (TR),** notice-efile@rodan13.com
**UNITED STATES TRUSTEE (RS)**, ustpregion16.rs.ecf@usdoj.gov
**ATTORNEY FOR DEBTOR: Rabin J Pournazarian,** enotice@pricelawgroup.com
**ECF PARTY: Nancy L Lee,** bknotice@mccarthyholthus.com
**ECF PARTY: Jennifer C Wong,** bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **1/9/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTOR**
**Linda Ann Weidenbaum**
**25960 Schafer Drive**
**Murrieta, CA 92563**

**JUDGE**
**Hon. Wayne Johnson**
**United States Bankruptcy Court**
**3420 Twelfth Street, Suite 384**
**Riverside, CA 92501**

**CREDITOR**
**Rushmore Loan Mgmt Srvc**
**Attn: Bankruptcy**
**P.O. Box 55004**
**Irvine, CA 92619**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/9/2023 | Ashley Johnson | /s/ Ashley Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                          **9013-3.1.PROOF.SERVICE**